JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| ALFREDO SANTANA ORTIZ, | ) | No. CV 10-00589-JVS (VBK) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| CALIFORNIA STATE PRISON, SAN LUIS OBISPO, | ) ) ) | |
| Respondent. | ) ) ) | |

　　Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the First Amended Petition for Writ of Habeas Corpus ("First Amended Petition") without prejudice,

　　**IT IS ADJUDGED** that the First Amended Petition and entire action is dismissed without prejudice.

DATED: August 26, 2011

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JAMES V. SELNA
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE